**Order filed February 6, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00354-CV
_____

## ERIC MANCIL ET AL., Appellants

## V.

## JOHN STROUD ET AL., Appellees

**On Appeal from the 16th District Court**

**Denton County, Texas**

**Trial Court Cause No. 2010-30373-211**

### O R D E R

This court abated this appeal on November 27, 2013, pursuant to pending mediation, which was to have been completed by January 13, 2014. On January 7, this court received Appellants' motion to extend or amend the abatement. In the motion, Appellants state that the parties were not able to schedule and complete mediation prior to January 13. Appellants request that the parties be given extra

time to complete the mediation, which is now set for March 17. According to the certificate of conference, Appellee John Stroud is in agreement with the motion, and the other Appellees have not objected to it.

Appellants' motion is granted. This appeal is now abated pending the scheduled mediation, which shall be completed on or before March 20, 2014. The parties are instructed to notify this court of the mediation results within ten days of the completion of mediation. If mediation fully resolves the issues in this appeal, the parties shall file a joint motion in accordance with TEX. R. APP. P. 42.1(a)(2).

PER CURIAM

February 6, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey J.